## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PRESTON DALE MCDOWELL,<br><br>                    Plaintiff,<br><br>        v.<br><br>JEFFERSON COUNTY, BLAIR OLSEN, STEVE ANDERSON, ANTONIO GONZALES, EMERSON PARSONS, and JOHN DOES I - III,<br><br>                    Defendants. | Case No.  4:15-cv-507-BLW<br><br>**JUDGMENT** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation for Dismissal (docket no. 50) is APPROVED, and that this action be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.  The Clerk shall close this case.

DATED: May 31, 2017

B. Lynn Winmill
Chief Judge
United States District Court